395 A.2d 985

Griffin v. Southeastern Pennsylvania Transportation Authority, Appellant.

Argued June 13, 1978. Robert S. Davis, for appellant; Beryl E. Hoffman, for appellee.

Order affirmed.

SPAETH, J., dissented.

JACOBS, P. J., did not participate in the consideration or decision of this case.

The above case was decided prior to the retirement of HOFFMAN, J.